IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEXANDER KENNEDY, | x |
| | : |
| Plaintiff, | : |
| | : Civil Action File No. |
| vs. | 1:15-cv-00962-WSD |
| | : |
| GENERAL WHOLESALE BEER COMPANY OF NORTH GEORGIA and DAVE GUEBERT, | : |
| | : |
| Defendants. | : |
| ------------------------------------------------------x | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, by and between counsel for the parties herein that the above-referenced action be and the same hereby is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated: Atlanta, Georgia
       November 9, 2015

| | |
|---|---|
| */s/ Robert N. Marx* | */s/Matthew R. Simpson\** |
| Robert N. Marx | Matthew R. Simpson |
| Georgia Bar No. 475280 | Georgia Bar No. 540260 |
| Jean Simonoff Marx | FISHER & PHILLIPS LLP |
| Georgia Bar No. 475276 | 1075 Peachtree Street NE |
| MARXY & MARX, LLC | Suite 3500 |
| 5555 Glenridge Connector, Suite 200 | Atlanta, Georgia 30309 |
| Atlanta, Georgia 30342 | Tel: 404-231-1400 |
| Tel: 404-261-9559 | Fax: 404-240-4249 |
| lawyers@marxlaw.com | msimpson@laborlawyers.com |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |

\*By Robert N. Marx with express permission.